# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JAQUAY HILER ,

    Petitioner,

v.

CARI J. TAYLOR, Deputy Warden,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 08-cv-333-slc**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondent.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____7/21/08_____
Date